IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01128-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

    Applicant,

v.

R. WILEY, ADX Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2006

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED RESPONSE

On June 22, 2006, the Court directed Applicant to respond and show cause regarding why the claims he raises in the instant action should not be dismissed as legally frivolous. Applicant was instructed to use the same legible writing in documents that he submits to the Court that he is found to use in other correspondence. On July 13, 2006, Applicant filed a response. Nonetheless, Applicant's writing is no more legible than his writing is in the Application that he submitted to the Court on June 6, 2006.

As opposed to dismissing the action for failure to comply with the Court's June 22, 2006, Order, the Court will give Applicant the benefit of the doubt and assume that he did not understand the Court's Order. The Court again will direct Applicant to respond and show cause and to use the same legible writing that he uses in other correspondence. The Court will attach a copy of an example of Applicant's writing that is acceptable to the Court. In the example, the writing is properly spaced and does not

appear to be a continuous line of letters. The writing in the example is not so large that it impairs the writing on the lines above and below and makes it impossible to decipher the words on any of the lines.

If Plaintiff fails to comply with the instant Order the Application will be denied and the action dismissed without further notice. Accordingly, it is

ORDERED that Applicant file **within thirty days from the date of this Order** an amended response to the June 22, 2006, Order that complies with the instant Order. It is

FURTHER ORDERED that the Clerk of the Court attach a copy of Exhibit D, which is an attachment to the Application submitted to the Court on June 6, 2006. It is

FURTHER ORDERED that if Applicant fails within the time allowed to file an amended response that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 25th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

"CONDUCT"

EXHIBIT "1"

TO LIEUTENANT ("L.T.") CLARK                Z-2404

HERE IS A "WRITTEN STATEMENT TO THE INVESTIGATOR". SINCE YOU ARE THE INVESTIGATOR (MPT-III-INVESTIGATION) OF BOTH INCIDENT REPORTS NO.'S #1178596 AND #1178680, THIS WRITTEN STATEMENT IS SENT TO YOU TO INVESTIGATE MY SIDE OF THE INCIDENT THAT TOOK PLACE ON JANUARY 7, 2004.

PLEASE INVESTIGATE IMPARTIALLY BEFORE YOU MAKE YOUR DECISION TO EXPUNGE THE IR'S AND/OR REFER THE IR'S TO THE UDC/SHO FOR DISPOSITION. THE WRITTEN STATEMENT IS MY STATEMENT ON THE JANUARY 7, 2004 AND TO STATE THAT BOTH SENIOR OFFICER CLAIMS I ASSAULTED THEM.

MY CONDUCT AND BEHAVIOR ON JANUARY 7, 2004, BEFORE, DURING AND AFTER WAS IN THE BEST OF SPIRITS TO NEVER BEEN ABLE TO ASSAULT ANY OF THOSE OFFICERS DESPITE BEING MISHANDLED THE WAY I WAS. THIS WRITTEN STATEMENT IS MY SIDE OF THE STORY TO CLEAR ME OF ANY WRONG DOING VIOLATING ANY BOP PROHIBITED ACT CODES #101, 203 OR #301. THANK YOU FOR YOUR TIME.

REVIEWED AND RELEASED BY
SEP 0 8 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01128-BNB

Christopher Mitchell
a/k/a C. Eli-Jah Hakeem Muhammad
Reg. No. 02791-088
ADX – Florence
PO Box 8500
Florence, CO 81226

 I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on 7/25/06

GREGORY C. LANGHAM, CLERK

By: _____
 Deputy Clerk